Cleveland A. BALDWIN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 113, 2015

Supreme Court of Delaware.

Submitted: October 21, 2015
Decided: December 1, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, Cr. I.D. No. 1308009488A.

AFFIRMED.

Naees BEEKS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 192, 2015

Supreme Court of Delaware.

Submitted: November 18, 2015
Decided: December 1, 2015

Court Below: Superior Court of the State of Delaware, in and for New Castle County, Cr. ID. No. 1404019473

AFFIRMED.

Jermaine WILLIAMS, et al., Defendants Below–Appellants,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 103, 2015

Supreme Court of Delaware.

Submitted: December 2, 2015
Decided: December 2, 2015

Court Below: Superior Court of the State of Delaware, in and for Sussex County

AFFIRMED.